**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTIONS FOR EN BANC RECONSIDERATION

Appellate case name:    LG Chem America, Inc. and LG Chem, Ltd. v. Tommy Morgan

Appellate case number:  01-19-00665-CV

Trial court case number: 100728-CV

Trial court:            239th District Court of Brazoria County

Date motions filed:     February 12, 2021

Parties filing motions: Appellants LG Chem America, Inc. and LG Chem, Ltd.

It is ordered that the appellants' motions for en banc reconsideration are **denied**. *See* TEX. R. APP. P. 49.5.

Judge's signature:   /s/  Julie Countiss
            ☐ Acting individually    ☑ Acting for the Court

En Banc Court consists of Chief Justice Radack and Justices Kelly, Goodman, Landau, Hightower, Countiss, Rivas-Molloy, Guerra, and Farris.

Date: October 7, 2021